Brian S. King, #4610
Brent J. Newton, #6950
Samuel M. Hall, #16066
Andy D. Miller, #19625
**BRIAN S. KING, P.C.**
420 E. South Temple, Ste 420
Salt Lake City, UT 84111
Telephone: 801-532-1739
Facsimile: 801-532-1936
brian@briansking.com
brent@briansking.com
samuel@briansking.com
andy@briansking.com

Attorney for Plaintiff

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| J.S., individually and on behalf of C.S., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE SERVICES, INC. and the BADGER METER, INC. MEDICAL BENEFITS PLAN,<br><br>Defendants. | NOTICE OF WITHDRAWAL OF COUNSEL<br><br>Case No. 2:26-cv-00081 |

Plaintiff hereby gives notice of the withdrawal of Andrew J. Somers as counsel for the Plaintiff. This notice is submitted pursuant to DUCivR 83-1.4(b)(1). This notice complies with the local rule because:

1. On March 20, 2026, Andrew J. Somers ended his employment as an associate with the law firm of Brian S. King, P.C.

1

2. Counsel with the firm of Brian S. King, P.C., including Brian S. King, Samuel M. Hall, Brent J. Newton, and Andy D. Miller will continue to represent Plaintiff.

3. The counsel from the law firm of Brian S. King listed in ¶2 are aware of and will comply with all pending deadlines, hearings, and trial dates in this matter.

DATED this 27th day of March, 2026.

By  */s/ Brian S. King*
Brian S. King
Attorney for Plaintiff
Brian S. King P.C.
420 E South Temple Street, Ste 420
Salt Lake City, UT 84111
Ph: 8015321739
Em: brian@briansking.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Notice of Withdrawal of Counsel has been served to all parties registered to receive notices for the above captioned matter through the Court's CM/ECF system.

DATED this 27th day of March, 2026.

*/s/ Brian S. King*

2